IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
BLAIR E. HAMPTON,            )
                             )
        Plaintiff,           )
                             )
        v.                   )  Civ. No. 04-1515-GMS
                             )
LEAR CORP.,                  )
                             )
        Defendant.           )
```

FILED

MAY 19 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### ORDER

WHEREAS, plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on January 7, 2005, the Court entered an order requiring plaintiff to complete and return USM-285 forms for the defendant, and informing plaintiff that the United States Marshal would not serve the complaint until the USM-285 form was received by the Clerk of the Court, and that failure to provide the USM-285 form within 120 days from the date of the order may result in the complaint being dismissed or defendant being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 4);

WHEREAS, to date, the required USM-285 form has not been received from plaintiff;

THEREFORE, at Wilmington this 19th day of May, 2005, IT IS HEREBY ORDERED that plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

_____
United States District Judge